**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: KELLY, SHAWN ALLAN | § Case No. 10-72234 |
| KELLY, TONIA BETH | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 30, 2010. The undersigned trustee was appointed on October 18, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        175,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 12,738.27 |
   | Administrative expenses | 62,118.08 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]         $ | 85,143.65 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/21/2010 and the deadline for filing governmental claims was 12/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,632.94. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,632.94, for a total compensation of $8,632.94.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2011          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
KELLY, TONIA BETH  
**Period Ending:** 09/20/11

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/30/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 12/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   On person<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking account at Citizens First National Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3   Savings account at Financial Plus Credit Union<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 90.00 | 0.00 | DA | 0.00 | FA |
| 4   Rent with landlord<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5   ComEd deposit<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 95.00 | 0.00 | DA | 0.00 | FA |
| 6   Nicor<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 0.00 | DA | 0.00 | FA |
| 7   Normal compliment<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 8   Misc.<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 9   Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 10  Mossberg 835 gun<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 11  Mossberg - 270 gun<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 12  Tradeswinds SL2100 gun | 150.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
              KELLY, TONIA BETH  
**Period Ending:** 09/20/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/30/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 12/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13   Ingersoll Rand Company Emloyee Savings Plan<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,190.99 | 0.00 | DA | 0.00 | FA |
| 14   Kymberly Kelly c/o Tonia Cade<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 15   Potential cause of action for medical malpractic<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | DA | 175,000.00 | FA |
| 16   1989 MBW525 (over 200,000 miles)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 17   1995 Ford Taurus<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 730.00 | 0.00 | DA | 0.00 | FA |
| 18   1993 Chevrolet Suburban 1500 (bad transmission)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19   2001 Suzuki motorcycle<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,955.00 | 0.00 | DA | 0.00 | FA |
| 20   3 cats, 2 birds<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| **20 Assets**    Totals (Excluding unknown values) | **$7,145.99** | **$0.00** | | **$175,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-72234　　　　　　　　　　　　　　**Trustee:**　　(330420)　JAMES E. STEVENS
**Case Name:**　KELLY, SHAWN ALLAN　　　　　　　**Filed (f) or Converted (c):**　04/30/10 (f)
　　　　　　　　KELLY, TONIA BETH　　　　　　　　**§341(a) Meeting Date:**　06/24/10
**Period Ending:** 09/20/11　　　　　　　　　　　　　**Claims Bar Date:**　12/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　September 20, 2011 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-72234 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | KELLY, SHAWN ALLAN | | **Bank Name:** | The Bank of New York Mellon |
| | KELLY, TONIA BETH | | **Account:** | 9200-******62-66 - Checking Account |
| **Taxpayer ID #:** | **-***7465 | | **Blanket Bond:** | $372,000.00  (per case limit) |
| **Period Ending:** | 09/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/07/11 | | THOMSON & WEINTRAUB | personal injury settlement    medical malpractice settlement | | 100,143.65 | | 100,143.65 |
| | {15} | | Setttlement Amount    175,000.00 | 1142-000 | | | 100,143.65 |
| | | | Attorneys fees    -56,250.00 | 3210-600 | | | 100,143.65 |
| | | | Special Counsel costs    -5,868.08 | 3220-610 | | | 100,143.65 |
| | | | medical lien    -8,463.27 | 4210-000 | | | 100,143.65 |
| | | | medical lien    -4,275.00 | 4210-000 | | | 100,143.65 |
| 09/14/11 | 101 | Tonia Beth Kelly | personal injury exemption | 8100-002 | | 15,000.00 | 85,143.65 |
| | | | **ACCOUNT TOTALS** | | 100,143.65 | 15,000.00 | **$85,143.65** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 100,143.65 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,143.65** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******62-66** | 100,143.65 | 0.00 | 85,143.65 |
| | **$100,143.65** | **$0.00** | **$85,143.65** |

{} Asset reference(s)

Printed: 09/20/2011 10:09 AM    V.12.57

Printed: 09/20/11 10:09 AM

# Claims Distribution Register

Page: 1

### Case: 10-72234    KELLY, SHAWN ALLAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/30/10 | 200 | Barrick, Switzer, Long, Balsley & Van Evera <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,704.00 | 1,704.00 | 0.00 | 1,704.00 | 1,704.00 |
| | 04/30/10 | 200 | JAMES E. STEVENS <br> 6833 Stalter Drive <br> Rockford, IL 61108 <br> <2100-00   Trustee Compensation> <br> [Updated by Surplus to Debtor Report based on Net Estate Value: 107658.75] | 8,632.94 | 8,632.94 | 0.00 | 8,632.94 | 8,632.94 |
| | | | **Total for Priority 200:    100% Paid** | **$10,336.94** | **$10,336.94** | **$0.00** | **$10,336.94** | **$10,336.94** |
| | | | **Total for Admin Ch. 7 Claims:** | **$10,336.94** | **$10,336.94** | **$0.00** | **$10,336.94** | **$10,336.94** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/06/10 | 610 | Asset Acceptance, LLC <br> assignee CAPITAL ONE BANK, NA <br> PO Box 2036 <br> Warren, MI 48090 <br> <7100-00   General Unsecured § 726(a)(2)> | 1,140.33 | 1,140.33 | 0.00 | 1,140.33 | 1,140.33 |
| 2 | 10/07/10 | 610 | St. Margarets Health <br> c/o Collection Professionals Inc. <br> P.O. Box 416 <br> Lasalle, IL 61301 <br> <7100-00   General Unsecured § 726(a)(2)> | 108.89 | 108.89 | 0.00 | 108.89 | 108.89 |
| 3 | 10/12/10 | 610 | Ameren Illinois <br> Credit and Collections <br> 2105 E State Route 104 <br> Pawnee, IL 62558 <br> <7100-00   General Unsecured § 726(a)(2)> | 317.60 | 317.60 | 0.00 | 317.60 | 317.60 |
| 4 | 10/14/10 | 610 | Sprint Nextel Correspondence <br> Attn Bankruptcy Dept <br> PO Box 7949 <br> Overland Park, KS 66207-0949 <br> <7100-00   General Unsecured § 726(a)(2)> | 342.74 | 342.74 | 0.00 | 342.74 | 342.74 |
| 5 | 11/22/10 | 610 | Capital Recovery III LLC <br> c/o Recovery Management Systems Corporat <br> 25 SE 2nd Avenue Suite 1120 <br> Miami, FL 33131-1605 <br> <7100-00   General Unsecured § 726(a)(2)> | 739.03 | 739.03 | 0.00 | 739.03 | 739.03 |
| 6 | 11/22/10 | 610 | Capital Recovery III LLC <br> c/o Recovery Management Systems Corporat <br> 25 SE 2nd Avenue Suite 1120 <br> Miami, FL 33131-1605 <br> <7100-00   General Unsecured § 726(a)(2)> | 2,670.07 | 2,670.07 | 0.00 | 2,670.07 | 2,670.07 |

Printed: 09/20/11 10:09 AM

# Claims Distribution Register

Page: 2

## Case: 10-72234    KELLY, SHAWN ALLAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 11/22/10 | 610 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,291.70 | 1,291.70 | 0.00 | 1,291.70 | 1,291.70 |
| 8 | 11/22/10 | 610 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 15,721.46 | 15,721.46 | 0.00 | 15,721.46 | 15,721.46 |
| | | | **Total for Priority 610:   100% Paid** | **$22,331.82** | **$22,331.82** | **$0.00** | **$22,331.82** | **$22,331.82** |
| 1I | 10/06/10 | 640 | Asset Acceptance, LLC<br>assignee CAPITAL ONE BANK, NA<br>PO Box 2036<br>Warren, MI 48090<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 6.82 | 6.82 | 0.00 | 6.82 | 6.82 |
| 2I | 10/07/10 | 640 | St. Margarets Health<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 0.65 | 0.65 | 0.00 | 0.65 | 0.65 |
| 3I | 10/12/10 | 640 | Ameren Illinois<br>Credit and Collections<br>2105 E State Route 104<br>Pawnee, IL 62558<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.90 | 1.90 | 0.00 | 1.90 | 1.90 |
| 4I | 10/14/10 | 640 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 2.05 | 2.05 | 0.00 | 2.05 | 2.05 |
| 5I | 11/22/10 | 640 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 4.42 | 4.42 | 0.00 | 4.42 | 4.42 |
| 6I | 11/22/10 | 640 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 15.98 | 15.98 | 0.00 | 15.98 | 15.98 |
| 7I | 11/22/10 | 640 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 7.73 | 7.73 | 0.00 | 7.73 | 7.73 |

Printed: 09/20/11 10:09 AM

# Claims Distribution Register

Page: 3

## Case: 10-72234    KELLY, SHAWN ALLAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8I | 11/22/10 | 640 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 94.09 | 94.09 | 0.00 | 94.09 | 94.09 |
| | | | **Total for Priority 640:   100% Paid** | **$133.64** | **$133.64** | **$0.00** | **$133.64** | **$133.64** |
| SURPLUS | 04/30/10 | 650 | KELLY, SHAWN ALLAN<br>327 N. MAPLE STREET<br>COMPTON, IL 61318<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 52,341.25 | 52,341.25 | 0.00 | 52,341.25 | 52,341.25 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$74,806.71** | **$74,806.71** | **$0.00** | **$74,806.71** | **$74,806.71** |
| | | | **Total for Case :** | **$85,143.65** | **$85,143.65** | **$0.00** | **$85,143.65** | **$85,143.65** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72234
Case Name: KELLY, SHAWN ALLAN
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 85,143.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 85,143.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 8,632.94 | 0.00 | 8,632.94 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,704.00 | 0.00 | 1,704.00 |

Total to be paid for chapter 7 administration expenses: $ 10,336.94
Remaining balance: $ 74,806.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 74,806.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 74,806.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,331.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, LLC | 1,140.33 | 0.00 | 1,140.33 |
| 2 | St. Margarets Health | 108.89 | 0.00 | 108.89 |
| 3 | Ameren Illinois | 317.60 | 0.00 | 317.60 |
| 4 | Sprint Nextel Correspondence | 342.74 | 0.00 | 342.74 |
| 5 | Capital Recovery III LLC | 739.03 | 0.00 | 739.03 |
| 6 | Capital Recovery III LLC | 2,670.07 | 0.00 | 2,670.07 |
| 7 | Capital Recovery III LLC | 1,291.70 | 0.00 | 1,291.70 |
| 8 | Capital Recovery III LLC | 15,721.46 | 0.00 | 15,721.46 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,331.82 |
| Remaining balance: | $ | 52,474.89 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 52,474.89 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 52,474.89 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $133.64. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $52,341.25.

**UST Form 101-7-TFR (05/1/2011)**