**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KELLY, SHAWN ALLAN         § | Case No. 10-72234 |
| KELLY, TONIA BETH                 § | |
|                                   § | |
| Debtor(s)                         § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                       , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within    21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 01:00 pm on 11/16/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/20/2011          By:  /s/JAMES E. STEVENS
                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KELLY, SHAWN ALLAN § Case No. 10-72234
KELLY, TONIA BETH §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 175,000.00 |
| *and approved disbursements of* | $ 89,856.35 |
| *leaving a balance on hand of* [1] | $ 85,143.65 |
| **Balance on hand:** | $ 85,143.65 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 85,143.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 8,632.94 | 0.00 | 8,632.94 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,704.00 | 0.00 | 1,704.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,336.94 |
| Remaining balance: | $ 74,806.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 74,806.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 74,806.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,331.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, LLC | 1,140.33 | 0.00 | 1,140.33 |
| 2 | St. Margarets Health | 108.89 | 0.00 | 108.89 |
| 3 | Ameren Illinois | 317.60 | 0.00 | 317.60 |
| 4 | Sprint Nextel Correspondence | 342.74 | 0.00 | 342.74 |
| 5 | Capital Recovery III LLC | 739.03 | 0.00 | 739.03 |
| 6 | Capital Recovery III LLC | 2,670.07 | 0.00 | 2,670.07 |
| 7 | Capital Recovery III LLC | 1,291.70 | 0.00 | 1,291.70 |
| 8 | Capital Recovery III LLC | 15,721.46 | 0.00 | 15,721.46 |

Total to be paid for timely general unsecured claims: $ 22,331.82
Remaining balance: $ 52,474.89

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 52,474.89

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 52,474.89

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $133.64. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 52,341.25.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 10-72234-MB
Shawn Allan Kelly                                         Chapter 7
Tonia Beth Kelly
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 3             Date Rcvd: Oct 12, 2011
                              Form ID: pdf006             Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db/jdb       +Shawn Allan Kelly,    Tonia Beth Kelly,    327 N. Maple Street,    Compton, IL 61318-9792
15503277     +Access Capital Credit,    338 W Lexington Ave Ste,    El Cajon, CA 92020-4443
15503278      Accounts Receivable Management,    Box 129,   Thorofare, NJ 08086-0129
15503281     +Allied Business Accounts,    300 1/2 S. Second Street,    Clinton, IA 52732
15503282      Ameren IP,   Box 66884,    Saint Louis, MO 63166-6884
16264970     +Ameren Illinois,    Credit and Collections,    2105 E State Route 104,    Pawnee, IL 62558-4681
15503283     +Arbor View Apartments,    16005 Arbor View,    Naples, FL 34110-2242
15503284     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
15503286     +Associates In Mental Health,    900 Main Street, Suite 580,    Peoria, IL 61602-1048
15503288     +Bank of America,    Box 650260,   Dallas, TX 75265
15503289     +Baystate Gas-brockton,    Po Box 67015,   Harrisburg, PA 17106-7015
15503290     +Beneficial Finance,    Box 4153-K,   Carol Stream, IL 60197
15503291      Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr., Suite 400,    Chicago, IL 60606-4440
15503292     +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
15503295     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Po Box 85520,    Richmond, VA 23285)
15503300     +CEFCU,   P.o. Box 1715,    Peoria, IL 61656-1715
15503347     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     Box 660487,    Dallas, TX 75266-0487)
15503299      Capital One Bank,    Box 640007,   Dallas, TX 75265-0007
15503301     +Collection Professional,    723 1st St,   La Salle, IL 61301-2535
15503302     +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
15503303      Diversified Adjustment Service,    Box 32145,   Minneapolis, MN 55432-0145
15503304     +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15503305     +GC Services Limited,    Collection Agency Division,    Box 721660,    Oklahoma City, OK 73172-1660
15503308     +HSBC Auto Finance,    Bankruptcy Notices,   Po Box 17909,    San Diego, CA 92177-7909
15503311      HSBC Card Services,    Box 5222,   Carol Stream, IL 60197-5222
15503309     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15503313     +Hsbc/rs,   Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15503316     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  IRS,    Stop 6692 Ausc,    Austin, TX 73301-0021)
15503315     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     Mail Stop 5010 CHI,    230 S. Dearborn St.,
               Chicago, IL 60604)
15503320     +Malcolm S. Gerald & Assoc.,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
15503323     +Michelle Kelly,    1013 Lincoln Road,   Pekin, IL 61554-1322
15503326     +National Financial Group,    6110 Executive Blvd. Suite 100,    Rockville, MD 20852-3928
15503327      North Collier Hospital,    Lockbox Processing Center,    Box 404903,    Atlanta, GA 30384-4903
15503328     +Northland Group, Inc.,    Box 390846,   Minneapolis, MN 55439-0846
15503330     +Perry Memorial Hospital,    530 Park Avenue E,    Princeton, IL 61356-2598
15503331      Plaza Associates,    JAF Station,   Box 2769,    New York, NY 10116-2769
15503332     +Professional Bureau of Collections,    Box 628,    Elk Grove, CA 95759-0628
15503337     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    P.O. Box 4191,    Carol Stream, IL 60197-4191)
16275288     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel Correspondence,     Attn Bankruptcy Dept,    PO Box 7949,
               Overland Park KS 66207-0949)
16275289     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel Distribution,     Attn: Bankruptcy Dept,    P.O. Box 3326,
               Englewood, CO 80155-3326)
15503334      Sears Credit Cards,    Box 6937,   The Lakes, NV 88901-6937
15503335     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
15503336      Shawn Kelly,    802 S. West Street,   Wyanet, IL 61379
16246768     +St. Margarets Health,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
15503339     +State Collection Service,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
15503341      State Collection Service Inc.,    Box 6250,   Madison, WI 53716-0250
15503342     +Stephens & Michaels Associates, Inc,    Box 109,    Salem, NH 03079-0109
15503343     +Sun Loan Company,    549 Tenney St Ste 2,   Kewanee, IL 61443-3790
15503345     +Terance B. Kelly, Esq.,    105 N. Center Street,    Bloomington, IL 61701-5001
15503346      Vonachen, Lawless, Trager & Slevin,    456 Fulton Street, Suite 425,    Peoria, IL 61602-1240
15503348     +Wells Fargo Bank,    1250 Montego Way,   Walnut Creek, CA 94598-2875
```

```
District/off: 0752-3          User: cshabez               Page 2 of 3                   Date Rcvd: Oct 12, 2011
                              Form ID: pdf006             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15503279      E-mail/PDF: recoverybankruptcy@afninet.com Oct 13 2011 05:11:17      AFNI, Inc.,   Box 3427,
               Bloomington, IL 61702-3427
15503280     +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 13 2011 03:46:15
               Allianceone Receivables Mngmt,   Box 211128,   Saint Paul, MN 55121-2528
15503285      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 13 2011 03:45:08     Asset Acceptance, LLC,
               Box 2036,   Warren, MI 48090-2036
16240394     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 13 2011 03:45:08     Asset Acceptance, LLC,
               assignee CAPITAL ONE BANK, NA,   PO Box 2036,   Warren, MI 48090-2036
15503294     +E-mail/Text: cms-bk@cms-collect.com Oct 13 2011 03:46:57     Capital Management Services,
               726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
16452331      E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2011 05:17:53     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15503304     +E-mail/Text: bknotice@erccollections.com Oct 13 2011 03:47:56     Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
15503306     +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
15503307     +E-mail/Text: bankruptcy@hraccounts.com Oct 13 2011 03:44:46     H & R Accounts Inc,   Po Box 672,
               Moline, IL 61266-0672
15503317      E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     JC Penney,   P.O. Box 960001,
               Orlando, FL 32896-0001
15503318     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 13 2011 03:43:59     Lvnv Funding Llc,
               P.o. B   10584,   Greenville, SC 29603-0584
15503325     +E-mail/Text: rlambert@mscb-inc.com Oct 13 2011 03:47:00     MSCB,   1410 Industrial Park Road,
               Paris, TN 38242-6099
15503321     +E-mail/Text: bkr@cardworks.com Oct 13 2011 03:46:06     Merrick Bank,   Po Box 5000,
               Draper, UT 84020-5000
15503322      E-mail/Text: bkr@cardworks.com Oct 13 2011 03:46:06     Merrick Bank,   Box 5721,
               Hicksville, NY 11802-5721
15503324     +E-mail/Text: rlambert@mscb-inc.com Oct 13 2011 03:47:00     Mid South Credit Bureau,
               Po Box 1567,   Paris, TN 38242-1567
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15503329       Oscar Valle
15503297*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   PO Box 85520,   Richmond, VA 23285)
15503296*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
15503312*     HSBC Card Services,   Box 5222,   Carol Stream, IL 60197-5222
15503310*    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
15503319*    +Lvnv Funding Llc,   P.o. B   10584,   Greenville, SC 29603-0584
15503333*     Professional Bureau of Collections,   Box 628,   Elk Grove, CA 95759-0628
15503338*    ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
               OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,   P.O. Box 4191,   Carol Stream, IL 60197-4191)
15503340*    +State Collection Service,   Attn: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
15503344*    +Sun Loan Company,   549 Tenney St Ste 2,   Kewanee, IL 61443-3790
15503287    ##+Bank Of America,   Regional Center,   Box 31019,   Tampa, FL 33631-3019
15503293    ##+Cab Serv,   60 Barney Dr,   Joliet, IL 60435-6402
15503298    ##Capital One Bank,   Box 650007,   Dallas, TX 75265-0007
15503314    ##+Hudson Keyse,   382 Blackrock Rd,   Painesville, OH 44077-1294
                                                                                 TOTALS: 1, * 9, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3           User: cshabez              Page 3 of 3              Date Rcvd: Oct 12, 2011
                               Form ID: pdf006            Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**             Signature:    *Joseph Speetjens*