**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: KELLY, SHAWN ALLAN                         § Case No. 10-72234
      KELLY, TONIA BETH                         §
                                                §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,145.99                    Assets Exempt: $22,145.99
*(without deducting any secured claims)*

Total Distribution to Claimants: $35,203.73    Claims Discharged
                                                                   Without Payment: $93,031.64

Total Expenses of Administration: $72,455.02

---

    3) Total gross receipts of $ 175,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 67,341.25 (see **Exhibit 2**), yielded net receipts of $107,658.75
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,738.27 | $12,738.27 | $12,738.27 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 72,455.02 | 72,455.02 | 72,455.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,636.78 | 22,465.46 | 22,465.46 | 22,465.46 |
| **TOTAL DISBURSEMENTS** | $95,636.78 | $107,658.75 | $107,658.75 | $107,658.75 |

4) This case was originally filed under Chapter 7 on April 30, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2012          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential cause of action for medical malpractic | 1142-000 | 175,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$175,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tonia Beth Kelly | personal injury exemption | 8100-002 | 15,000.00 |
| KELLY, SHAWN ALLAN | Dividend paid 100.00% on $52,341.25; Claim# SURPLUS; Filed: $52,341.25; Reference: | 8200-000 | 52,341.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$67,341.25** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THOMSON & WEINTRAUB | 4210-000 | N/A | 8,463.27 | 8,463.27 | 8,463.27 |
| | THOMSON & WEINTRAUB | 4210-000 | N/A | 4,275.00 | 4,275.00 | 4,275.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$12,738.27** | **$12,738.27** | **$12,738.27** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 8,632.94 | 8,632.94 | 8,632.94 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,704.00 | 1,704.00 | 1,704.00 |
| THOMSON & WEINTRAUB | 3210-600 | N/A | 56,250.00 | 56,250.00 | 56,250.00 |
| THOMSON & WEINTRAUB | 3220-610 | N/A | 5,868.08 | 5,868.08 | 5,868.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 72,455.02 | 72,455.02 | 72,455.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance, LLC | 7100-000 | N/A | 1,140.33 | 1,140.33 | 1,140.33 |
| 1I | Asset Acceptance, LLC | 7990-000 | N/A | 6.82 | 6.82 | 6.82 |
| 2 | St. Margarets Health | 7100-000 | N/A | 108.89 | 108.89 | 108.89 |
| 2I | St. Margarets Health | 7990-000 | N/A | 0.65 | 0.65 | 0.65 |
| 3 | Ameren Illinois | 7100-000 | 120.12 | 317.60 | 317.60 | 317.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Ameren Illinois | 7990-000 | N/A | 1.90 | 1.90 | 1.90 |
| 4 | Sprint Nextel Correspondence | 7100-000 | N/A | 342.74 | 342.74 | 342.74 |
| 4I | Sprint Nextel Correspondence | 7990-000 | 0.00 | 2.05 | 2.05 | 2.05 |
| 5 | Capital Recovery III LLC | 7100-000 | 811.29 | 739.03 | 739.03 | 739.03 |
| 5I | Capital Recovery III LLC | 7990-000 | N/A | 4.42 | 4.42 | 4.42 |
| 6 | Capital Recovery III LLC | 7100-000 | N/A | 2,670.07 | 2,670.07 | 2,670.07 |
| 6I | Capital Recovery III LLC | 7990-000 | N/A | 15.98 | 15.98 | 15.98 |
| 7 | Capital Recovery III LLC | 7100-000 | 1,399.00 | 1,291.70 | 1,291.70 | 1,291.70 |
| 7I | Capital Recovery III LLC | 7990-000 | 274.73 | 7.73 | 7.73 | 7.73 |
| 8 | Capital Recovery III LLC | 7100-000 | N/A | 15,721.46 | 15,721.46 | 15,721.46 |
| 8I | Capital Recovery III LLC | 7990-000 | N/A | 94.09 | 94.09 | 94.09 |
| NOTFILED | HSBC Auto Finance Bankruptcy Notices | 7100-000 | 6,598.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 730.84 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 12,155.34 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | CEFCU | 7100-000 | 7,131.37 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Professional | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Adjustment | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 2,327.15 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | Hudson Keyse | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sun Loan Company | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sun Loan Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cab Serv | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid South Credit Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Merrick Bank | 7100-000 | 974.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North Collier Hospital Lockbox Processing Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,302.54 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 17,922.66 | N/A | N/A | 0.00 |
| NOTFILED | Baystate Gas-brockton | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Michelle Kelly | 7100-000 | 860.00 | N/A | N/A | 0.00 |
| NOTFILED | Access Capital Credit | 7100-000 | 9,555.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America Regional Center | 7100-000 | 741.15 | N/A | N/A | 0.00 |
| NOTFILED | Associates In Mental Health | 7100-000 | 733.60 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 18,372.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 1,832.56 | N/A | N/A | 0.00 |
| NOTFILED | AFNI, Inc. | 7100-000 | 66.43 | N/A | N/A | 0.00 |
| NOTFILED | Arbor View Apartments | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 95,636.78 | 22,465.46 | 22,465.46 | 22,465.46 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-72234
**Case Name:** KELLY, SHAWN ALLAN
KELLY, TONIA BETH
**Period Ending:** 02/02/12

**Trustee:** (330420)   JAMES E. STEVENS
**Filed (f) or Converted (c):** 04/30/10 (f)
**§341(a) Meeting Date:** 06/24/10
**Claims Bar Date:** 12/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  On person<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 2  Checking account at Citizens First National Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  Savings account at Financial Plus Credit Union<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 90.00 | 0.00 | DA | 0.00 | FA |
| 4  Rent with landlord<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5  ComEd deposit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 95.00 | 0.00 | DA | 0.00 | FA |
| 6  Nicor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 0.00 | DA | 0.00 | FA |
| 7  Normal compliment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 8  Misc.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 9  Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 10 Mossberg 835 gun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 Mossberg - 270 gun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 Tradeswinds SL2100 gun | 150.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
                KELLY, TONIA BETH  
**Period Ending:** 02/02/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/30/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 12/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. #    Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|  | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Ingersoll Rand Company Emloyee Savings Plan<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,190.99 | 0.00 | DA | 0.00 | FA |
| 14 | Kymberly Kelly c/o Tonia Cade<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Potential cause of action for medical malpractic<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | DA | 175,000.00 | FA |
| 16 | 1989 MBW525 (over 200,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1995 Ford Taurus<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 730.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1993 Chevrolet Suburban 1500 (bad transmission)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2001 Suzuki motorcycle<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,955.00 | 0.00 | DA | 0.00 | FA |
| 20 | 3 cats, 2 birds<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 20  Assets   Totals (Excluding unknown values) | $7,145.99 | $0.00 | | $175,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
              KELLY, TONIA BETH  
**Period Ending:** 02/02/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/30/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 12/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** September 20, 2011 (Actual)

Printed: 02/02/2012 09:29 AM    V.12.57

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
KELLY, TONIA BETH  
**Taxpayer ID #:** **-***7465  
**Period Ending:** 02/02/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/11 | | THOMSON & WEINTRAUB | personal injury settlement   medical malpractice settlement | | 100,143.65 | | 100,143.65 |
| | {15} | | Setttlement Amount    175,000.00 | 1142-000 | | | 100,143.65 |
| | | | Attorneys fees    -56,250.00 | 3210-600 | | | 100,143.65 |
| | | | Special Counsel costs    -5,868.08 | 3220-610 | | | 100,143.65 |
| | | | medical lien    -8,463.27 | 4210-000 | | | 100,143.65 |
| | | | medical lien    -4,275.00 | 4210-000 | | | 100,143.65 |
| 09/14/11 | 101 | Tonia Beth Kelly | personal injury exemption | 8100-002 | | 15,000.00 | 85,143.65 |
| 11/16/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,704.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,704.00 | 83,439.65 |
| 11/16/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $8,632.94, Trustee Compensation;  Reference: | 2100-000 | | 8,632.94 | 74,806.71 |
| 11/16/11 | 104 | Asset Acceptance, LLC | Dividend paid 100.00% on $1,140.33; Claim# 1; Filed: $1,140.33; Reference: | 7100-000 | | 1,140.33 | 73,666.38 |
| 11/16/11 | 105 | St. Margarets Health | Dividend paid 100.00% on $108.89; Claim# 2; Filed: $108.89; Reference: | 7100-000 | | 108.89 | 73,557.49 |
| 11/16/11 | 106 | Ameren Illinois | Dividend paid 100.00% on $317.60; Claim# 3; Filed: $317.60; Reference: | 7100-000 | | 317.60 | 73,239.89 |
| 11/16/11 | 107 | Sprint Nextel Correspondence | Dividend paid 100.00% on $342.74; Claim# 4; Filed: $342.74; Reference: | 7100-000 | | 342.74 | 72,897.15 |
| 11/16/11 | 108 | Capital Recovery III LLC | Dividend paid 100.00% on $739.03; Claim# 5; Filed: $739.03; Reference: | 7100-000 | | 739.03 | 72,158.12 |
| 11/16/11 | 109 | Capital Recovery III LLC | Dividend paid 100.00% on $2,670.07; Claim# 6; Filed: $2,670.07; Reference: | 7100-000 | | 2,670.07 | 69,488.05 |
| 11/16/11 | 110 | Capital Recovery III LLC | Dividend paid 100.00% on $1,291.70; Claim# 7; Filed: $1,291.70; Reference: | 7100-000 | | 1,291.70 | 68,196.35 |
| 11/16/11 | 111 | Capital Recovery III LLC | Dividend paid 100.00% on $15,721.46; Claim# 8; Filed: $15,721.46; Reference: | 7100-000 | | 15,721.46 | 52,474.89 |
| 11/16/11 | 112 | Asset Acceptance, LLC | Dividend paid 100.00% on $6.82; Claim# 1I; Filed: $6.82; Reference: | 7990-000 | | 6.82 | 52,468.07 |
| 11/16/11 | 113 | Capital Recovery III LLC | Dividend paid 100.00% on $15.98; Claim# 6I; Filed: $15.98; Reference: | 7990-000 | | 15.98 | 52,452.09 |
| 11/16/11 | 114 | Capital Recovery III LLC | Dividend paid 100.00% on $7.73; Claim# 7I; Filed: $7.73; Reference: | 7990-000 | | 7.73 | 52,444.36 |
| 11/16/11 | 115 | Capital Recovery III LLC | Dividend paid 100.00% on $94.09; Claim# 8I; Filed: $94.09; Reference: | 7990-000 | | 94.09 | 52,350.27 |
| 11/16/11 | 116 | KELLY, SHAWN ALLAN | Dividend paid 100.00% on $52,341.25; Claim# SURPLUS; Filed: $52,341.25; Reference: | 8200-000 | | 52,341.25 | 9.02 |

Subtotals :     $100,143.65     $100,134.63

{} Asset reference(s)                                                                                                         Printed: 02/02/2012 09:29 AM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72234  
**Case Name:** KELLY, SHAWN ALLAN  
KELLY, TONIA BETH  
**Taxpayer ID #:** **-***7465  
**Period Ending:** 02/02/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/11 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK 117 - should not be combined small check to U.S. Bankruptcy Court<br>Voided on 11/16/11 | 7990-000 | | 9.02 | 0.00 |
| 11/16/11 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK 117 - should not be combined small check to U.S. Bankruptcy Court<br>Voided: check issued on 11/16/11 | 7990-000 | | -9.02 | 9.02 |
| 11/16/11 | 118 | U.S. Bankruptcy Court | NEVER PRINTED COMBINED SMALL CHECK Re-issued<br>Voided on 11/16/11 | 7990-000 | | ! 9.02 | 0.00 |
| 11/16/11 | 118 | U.S. Bankruptcy Court | NEVER PRINTED COMBINED SMALL CHECK Re-issued<br>Voided: check issued on 11/16/11 | 7990-000 | | ! -9.02 | 9.02 |
| 11/16/11 | 119 | St. Margarets Health | | 7990-000 | | 0.65 | 8.37 |
| 11/16/11 | 120 | Ameren Illinois | | 7990-000 | | 1.90 | 6.47 |
| 11/16/11 | 121 | Sprint Nextel Correspondence | | 7990-000 | | 2.05 | 4.42 |
| 11/16/11 | 122 | Capital Recovery III LLC | | 7990-000 | | 4.42 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 100,143.65 | 100,143.65 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 100,143.65 | 100,143.65 | |
| Less: Payments to Debtors | | | 67,341.25 | |
| **NET Receipts / Disbursements** | | **$100,143.65** | **$32,802.40** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******62-66** | **100,143.65** | **32,802.40** | **0.00** |
| | **$100,143.65** | **$32,802.40** | **$0.00** |

{} Asset reference(s)         !-Not printed or not transmitted                Printed: 02/02/2012 09:29 AM    V.12.57